**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| BASSIROU A. DANTE | CIVIL ACTION NO. 26-3131-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN ALEXANDRIA STAGING FACILITY, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Bassirou A. Dante's petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 16th day of November, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE